**W. M. MASHBURN, Appellant, v. STATE OF FLORIDA, Appellee**

27 So. (2nd) 676                                          June Term, 1946
October 15, 1946                                               Division A
Rehearing denied November 5, 1946

    Affirmed.

---

**IN RE: ESTATE OF SARAH A. BENNETT, Deceased**

27 So. (2nd) 676                                          June Term, 1946
October 15, 1946                                               Division A
Rehearing denied November 4, 1946

    Affirmed.

---

**CURRIE INVESTMENT AND TITLE GUARANTY COMPANY, a Florida corporation, Appellant, v. F. J. LEWIS, et al., Appellees.**

28 So. (2nd) 264                                          June Term, 1946
October 22, 1946                                       Special Division B
Rehearing denied November 7, 1946

    Affirmed.

---

**JOSEPH EDWARD PAYNE, Appellant, v. ALMA HOWE PAYNE, Appellee.**

28 So. (2nd) 264                                          June Term, 1946
November 15, 1946                                      Special Division B

    Affirmed.

---

**LEROY NORTH and JAMES ALEXANDER, Appellants, v. MARY DANSBY, Appellee.**

28 So. (2nd) 264                                          June Term, 1946
November 15, 1946                                              Division A
Rehearing denied November 26, 1946

    Affirmed.

---

**C. W. THOMAS, Appellant, v. STATE OF FLORIDA, Appellee.**

28 So. (2nd) 264                                          June Term, 1946
November 22, 1946                                      Special Division B
Rehearing denied December 20, 1946

    Affirmed.